UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                       ) CASE NO. CR19-093-JLR
    Plaintiff, )
                                                       )
    v. )
                                                       ) DETENTION ORDER
DWAYNE BROOKS, )
                                                       )
    Defendant. )
_____ )

Offense charged:     Bank Fraud (6 counts); Access Device Fraud (2 counts); Aggravated Identity Theft (2 counts); Forfeiture Allegations

Date of Detention Hearing:    October 16, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant comes before this Court from the custody of the Washington State Department of Corrections, pursuant to a Writ of Habeas Corpus ad Prosequendum. He has a lengthy criminal record that includes numerous failures to appear, with bench warrant activity.

Defendant does not does not contest detention.

2. Defendant poses a risk of nonappearance based on custodial status and criminal history with failures to appear. Defendant poses a risk of danger based on the nature and circumstances of the offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 16th day of October, 2019.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge