UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>DWAYNE BROOKS,<br><br>                    Defendant. | CASE NO. CR19-0093JLR<br><br>ORDER DENYING MOTION FOR REVIEW OF DETENTION ORDER |

At Dkt. # 64, Defendant Dwayne Brooks asked the court to review his detention status. The court asked for a memorandum regarding detention from both parties. Dkt. # 65. They complied. Dkt. # 66 (Defendant's memorandum); Dkt. # 67 (Government memorandum). The court FINDS that oral argument on the motion is not necessary.

Based on its review of the docket, the court determines that Defendant is a risk of nonappearance based on his criminal history, history of failures to appear, substance abuse history, mental health history, lack of employment and unstable residential history. Furthermore, the court determines that Defendant is a risk of danger based on his

criminal history, criminal activity while under supervision, substance abuse and mental health history.

Based on its determinations, the court FINDS that there is no condition or combination of conditions that would reasonably assure future court appearances and address the safety of any persons or the community.

The court DENIES Defendant's Motion for Review of Detention (Dkt. # 64) and ORDERS that Defendant continue to be detained.

Dated this 1st day of December, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2