1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,                    CASE NO. CR19-0093JLR

11                Plaintiff,                     ORDER DENYING MOTION
                                                 FOR REVIEW OF DETENTION
12       v.                                      ORDER

13  DWAYNE BROOKS,

14                Defendant.

15     Before the court is Defendant Dwayne Brooks's motion for release pending

16  sentencing. (Mot. (Dkt. # 71).) Mr. Brooks was convicted on ten criminal counts in a

17  jury trial held on February 10, 2020 to February 13, 2020. On October 19, 2020, Mr.

18  Brooks asked the court to review his detention status. (*See* Mot. for Review (Dkt. # 64).)

19  The court reviewed memorandums from both parties. (Def. Memo. (Dkt. # 66); Gov't

20  Memo. (Dkt. # 67).) By written order the court denied the motion. (Order (Dkt. # 69).)

21     Mr. Brooks then filed a second Motion for Release Pending Sentencing. (*See*

22  Mot.) Mr. Brooks submits two items of "new" information. First, he contracted COVID-

ORDER - 1

19 while located at the Federal Detention Center but is no longer contagious. (*Id.* at 5.) Mr. Brooks further states that he continues to suffer ill effects and attaches a widely circulated medical study about COVID-19 to his motion. (*See id.* at 5-6). Second, Mr. Brooks states that the United States of America (the "Government") made "inflammatory and inaccurate" misrepresentations regarding his criminal history and his probation status. (Mot. at 5.)

The court is well acquainted with Mr. Brooks from pretrial, trial and post-trial proceedings. Further, for purposes of the motion, the court has considered the material contained in Mr. Brooks's most recent filing. The court finds that oral argument on the motion is not necessary. Based on its review of the docket, the court determines that Mr. Brooks is a risk of nonappearance and a risk of danger to the safety of the community. Based on these determinations, the court finds there is no condition or combination of conditions that would reasonably assure future court appearances an address the safety of the community.

The court DENIES Mr. Brooks's motion (Dkt. # 71) and ORDERS that Mr. Brooks continue to be detained.

Dated this 15th day of March, 2021.

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2