UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DWAYNE BROOKS,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0093JLR<br><br>ORDER |

Before the court are two letters from *pro se* Defendant Dwayne Brooks, which the court construes together as a motion for reconsideration of the court's October 3, 2023 order denying Mr. Brooks's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (1st Letter (Dkt. # 126); 2d Letter (Dkt. # 127); *see also* 10/3/23 Order (Dkt. # 123); Mot. Reduce (Dkt. # 112).)

"Motions for reconsideration are disfavored." Local Rules W.D. Wash. LCrR 12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing

//

ORDER - 1

of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

Mr. Brooks neither argues that the court committed error in its prior ruling nor brings to light new facts or legal authority which could not have been brought to the court's attention earlier. (*See generally* 1st Letter; 2d Letter.) Instead, Mr. Brooks expresses his frustration with the staff at FCI Sheridan. (*E.g.*, 1st Letter at 1-2 ("I am having trouble due to [the] unit team being new to the jobs they recently were assigned to and not knowing how to do there [*sic*] jobs.").) He also asserts that the year-long delay in his sentencing due to the COVID-19 pandemic resulted in lost "FSA time credit that [he] could have earned." (2d Letter at 1.) The court is sympathetic to Mr. Brooks's exasperations with the unit team and his delay in sentencing, but they are not grounds for reconsideration of the requested sentence reduction. The court therefore DENIES Mr. Brooks's motion for reconsideration (Dkt. # 126).

Although the court denies Mr. Brooks's motion, his efforts at self-improvement, including by taking the classes available to him, do not go unnoticed. The court commends Mr. Brooks for those efforts and for securing housing and a job upon his release. The court is optimistic that Mr. Brooks will not, after being released later this year, reoffend.

Dated this 5th day of March, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2